854 So.2d 255 (2003)
A.W., Natural Mother of K.S., C.S. and Z.S, Appellant,
v.
D.S., Natural Father of K.S., C.S. and Z.S., and Department of Children and Families, Appellees.
No. 1D02-4315.
District Court of Appeal of Florida, First District.
September 12, 2003.
Randall A. Werre of Fitzgerald & Brooks, Milton, for appellant.
John B. Carr, Pensacola, for appellee D.S.
Josefina Tomayo, General Counsel, and Richard D. Cserep, Assistant District Legal Counsel, Pensacola, for appellee Department of Children and Families.
PER CURIAM.
DISMISSED. In the Interest of E.P., 544 So.2d 1000 (Fla.1989); In re A.A., 543 So.2d 1256 (Fla.1989).
KAHN, PADOVANO and HAWKES, JJ., concur.